# EXHIBIT 4

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

April 9, 2026

Via E-mail, LinkedIn and FedEx

Brightpick, Inc.,
    8801 Wall Street, Suite 840,
      Austin, TX  78754.

Attention:  Jan Zizka, Chief Executive Officer
Email:  jzizka@brightpick.ai

        Re:    Ocado Patent Portfolio

Dear Mr. Zizka:

      We write on behalf of our client, Ocado Innovation Limited ("Ocado"), a leading innovator in robotic warehouse technology. The purpose of this letter is to bring to your immediate attention our client's intellectual property rights in the United States and our concern that Brightpick is manufacturing, marketing, offering for sale, and/or selling products that may infringe one or more of Ocado's United States patents.

      As you are aware, Ocado recently obtained a preliminary injunction in Germany from the Landgericht Düsseldorf (Case No.4b O 28/26) to prevent Brightpick's infringement of Ocado's intellectual property rights in connection with the display, demonstration, and/or offering for sale of Brightpick's Gridpicker automated warehouse system at the LogiMAT 2026 Trade Fair in Messe Stuttgart in late March 2026. That order, based on the Gridpicker system's infringement of European Patent EP 3 374 291 B1 ("EP291"), was entered on 24 March 2026 and remains in effect.

      Notwithstanding those proceedings, it has come to our client's attention that your company intends to present, display, demonstrate, and/or offer for sale the Gridpicker system—or a substantially similar product—at MODEX 2026, scheduled to take place from April 13-16, 2026, in Atlanta, Georgia.  Ocado takes the protection of its intellectual property extremely seriously and must act to safeguard its rights in every jurisdiction in which those rights are infringed.

      Ocado is the owner by assignment of a substantial portfolio of United States patents relating to its Ocado Smart Platform (OSP), including its 3D storage grid, cavity robots, and other associated automated warehouse technology. Based on our review of publicly available

Jan Zizka                                                                                                -2-
Chief Executive Officer

information regarding the Gridpicker system—including but not limited to product literature, marketing materials, technical specifications, and demonstrations observed at LogiMAT 2026—Brightpick's Gridpicker appears to practice or embody one or more claims of a number of the United States patents owned by Ocado. Without limitation, and as examples only, we have identified at least the following such patents in Ocado's portfolio (which are described herein for convenience only):

1. U.S. Patent No. 10,759,597 ("US597"; Ex. A) — "Robotic picking systems and devices" (issued Sept. 1, 2020), directed to robotic picking systems and methods for picking items from a containerized storage system. US597 is in the same family as EP291.

2. U.S. Patent No. 11,505,405 (Ex. B) — "Picking systems and methods" (issued Nov. 22, 2022), directed to systems and methods for picking items from a containerized storage system. US405 is in the same family as EP291.

3. U.S. Patent No. 10,035,651 (Ex. C) — "Storage systems and methods for retrieving units from a storage system" (issued July 31, 2018), directed to a system and method suitable for storing multiple product lines in an automated warehouse environment.

4. U.S. Patent No. 12,172,832 (Ex. D) — "Apparatus for retrieving units from a storage system" (issued Dec. 24, 2024), directed to a load-handling device which includes a container-receiving space located above the rails or tracks in use and a lifting device arranged to lift a container from a stack into the container-receiving space.

5. U.S. Patent No. 10,829,302 (Ex. E) — "Apparatus for retrieving units from a storage system" (issued Nov. 10, 2020), directed to a storage system and a load handling device for lifting and moving containers stacked in the storage system.

6. U.S. Patent No. 11,273,980 (Ex. F) — "Method and apparatus for retrieving units from a storage system" (issued March 15, 2022), directed to a load handling device including a mechanism for enabling lateral movement of the device in one of two transverse directions by enabling either a first or second set of wheels to selectively engage the first or second set of rails or tracks.

7. U.S. Patent No. 11,485,574 (Ex. G) — "Transporting device position determining apparatus and method" (issued Nov. 1, 2022), directed to systems and methods for improving the positioning of transporting devices to thereby allow transporting devices to be driven at faster speeds and/or accelerations with minimal positional errors.

Jan Zizka                                                                                    -3-
Chief Executive Officer

Copies of these patents are enclosed for your reference. Please be aware we are in the process of a further review of Ocado's extensive and valuable portfolio in comparison to Gridpicker.

It is essential that Brightpick address this issue immediately and provide a satisfactory response to this notice in advance of the MODEX trade show. As shown by Ocado's application in Germany, Ocado cannot allow unlicensed infringement of its portfolio to continue and is prepared to pursue all available lawful remedies. Please be advised that any infringing conduct following receipt of this notice may be deemed willful, exposing your company to enhanced damages of up to three times the amount of actual damages under 35 U.S.C. § 284, as well as an award of attorneys' fees under 35 U.S.C. § 285.

Notwithstanding the foregoing, Ocado remains open to (and, indeed, would prefer) a good-faith discussion regarding a potential commercial resolution of this matter. However, given its urgency, we require a response prior to the commencement of the MODEX trade show next week.

Nothing in this letter shall be construed as a waiver, election, or estoppel with respect to any of Ocado's rights, remedies, claims, or defenses, all of which are expressly reserved.

Sincerely,

Garrard R. Beeney

**Enclosures  (Exs. A – G)**

cc:    Julian Hafner, Vice-President Sales, Brightpick  (via LinkedIn)
       info@brightpick.ai
       Dr. Felix Klopmeier, Lang & Rahmann (felix.klopmeier@lang-rahmann.de)
       Lucy Wojcik, Ocado
       Simon Ayrton, Powell Gilbert LLP
       Dr. Andreas Kramer, Powell Gilbert LLP