AO 120 (Rev. 08/10)

| TO:    Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____for the Eastern District of Virginia_____ on the following

☐ Trademarks or    ☑ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:26-cv-00993 | DATE FILED<br>4/12/2026 | U.S. DISTRICT COURT<br>for the Eastern District of Virginia |
|---|---|---|
| PLAINTIFF<br><br>BRIGHTPICK INC. | | DEFENDANT<br><br>OCADO INNOVATION LTD. and<br>OCADO SOLUTIONS LTD. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 11,505,405 | 7/31/2018 | Ocado Innovation Limited |
| 2 | 10,759,597 | 9/1/2020 | Ocado Innovation Limited |
| 3 | 10,829,302 | 11/10/2020 | Ocado Innovation Limited |
| 4 | 11,273,980 | 3/15/2022 | Ocado Innovation Limited |
| 5 | 11,485,574 | 11/1/2022 | Ocado Innovation Limited |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

## ADDENDUM TO AO 120

| DOCKET NO. | DATE FILED 4/12/2026 | U.S. DISTRICT COURT for the Eastern District of Virginia | |
|---|---|---|---|
| PLAINTIFF  BRIGHTPICK INC. | | DEFENDANT  OCADO INNOVATION LTD. and OCADO SOLUTIONS LTD. | |
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** | |
| 1  11,505,405 | 11/22/2022 | Ocado Innovation Limited | |
| 2  12,172,832 | 12/24/2024 | Ocado Innovation Limited | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY  ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |